JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No. CV 15-6968 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LILA NIKOLE, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Star Fabrics, Inc. and against defendant Lila Nikole, LLC, in the total amount of $3,000.00 in statutory damages under 17 U.S.C. § 504(c)(1). Defendant is also ordered to pay costs in the amount of $460.00 and attorney's fees in the amount of $500.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 5th day of February, 2016.

/s/
Fernando M. Olguin
United States District Judge